IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:18-MC-37-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | O R D E R |
| v. | ) | |
| LONNIE MCLEOD, | ) | |
| Defendant. | ) | |

Upon application of the United States of America, on behalf of the Local Court of Waiblingen, Germany seeking a buccal swab from Lonnie McLeod, who resides within the jurisdiction of this Court, for use in a judicial proceeding in the above-captioned Court, and the Court having read the letter of request from the German Court and being fully informed in the premises, it is hereby

ORDERED, pursuant to the authority contained in Title 28, United States Code, Section 1782, that Honorable James E. Gates, United States Magistrate, be and hereby is appointed as Commissioner, to take such steps as are necessary to obtain a buccal swab sample from Lonnie McLeod as requested by the Local Court of Germany.

This 13th day of September, 2018.

_____
UNITED STATES DISTRICT JUDGE